IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN J. DOMBROWSKI, JR.            :   CIVIL ACTION
                                   :
       v.                          :   NO.  21-1344
                                   :
KILOLO KIJAKAZI, ACTING            :
COMMISSIONER OF SOCIAL SECURITY    :


**ORDER**

**AND NOW**, this  19th   day of January, 2023, upon consideration of Plaintiff's Request

for Review and Defendant's Response thereto, as well as Plaintiff's Reply and the record therein,

and after review of the Report and Recommendation of United States Magistrate Judge Lynne A.

Sitarski, with no objections being filed, it is hereby **ORDERED** as follows:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  Plaintiff's Request for Review is **GRANTED**; and

3.  This matter is **REMANDED** to the Commissioner for further proceedings consistent

    with the Report and Recommendation.

                              **BY THE COURT:**


                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.